and Whitmyer, JJ., concur. Finding of fact numbered 15 is modified by reducing the amount of interest to $459.91.

In the Matter of the Claim of ARTHUR PFEIFFER and Another, Respondents, against NATHAN SCHWEITZER COMPANY and Another, Respondents. ARMOUR & COMPANY and Another, Appellants; STATE INDUSTRIAL BOARD, Respondent.— Awards affirmed, with costs to Nathan Schweitzer Company against Armour & Company, on the authority of *Pfeiffer* v. *Schweitzer Company* (215 App. Div. 738, 856), the court holding now as it did then that as a matter of law Armour & Company were independent contractors and that Pfeiffer was the employee of that corporation; and as to the claimant Austin E. Fish, he being a coemployee of Pfeiffer, the same rule must be applied to him. Van Kirk, Acting P. J., Hinman, McCann and Whitmyer, JJ., concur; Davis, J., dissents on the ground that it was admitted by the Nathan Schweitzer Company that both Pfeiffer and Fish were its employees; and there was sufficient evidence to support the finding of fact that both employees had been loaned or transferred from the service of Armour & Company to that of the Nathan Schweitzer Company; and that the employees had knowledge of that fact. They were furthering the business of the latter company at the time the accident occurred and it had the right to direct and control their work. (*Charles* v. *Barrett*, 233 N. Y. 127; *Hartell* v. *Simonson & Son Co.*, 218 id. 345; *Baldwin* v. *Abraham*, 57 App. Div. 67; affd., 171 N. Y. 677; *Abromowitz* v. *Hudson View Construction Co.*, 188 App. Div. 356; affd., 228 N. Y. 509; *Amalgamated Roofing Co.* v. *Travelers Ins. Co.*, 300 Ill. 487; *Rosedale Cemetery Association* v. *Industrial Acc. Comm. of California*, 37 Cal. App. 706; 174 Pac. 351.)

In the Matter of the Claim of CHARLES ELAM, Respondent, against EAST FLATBUSH STONE CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board, on the authority of *Matter of De Caprio* v. *General Electric Co.* (244 N. Y. 500). Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ., concur.

ROSCOE S. PRINDLE, Respondent, v. H. STEWART BARBER and Others, Appellants.— Motion to dismiss appeal or correct record denied. Order modified by striking therefrom paragraphs " b " and " d," and as so modified affirmed, with ten dollars costs and disbursements to the respondent. Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ., concur.

RONDOUT PAPER MILLS, INC., Respondent, v. CENTRAL HUDSON GAS AND ELECTRIC CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ., concur.

RALPH S. CREAR, Respondent, v. CARMELO COREA, Appellant.— Motion denied, with ten dollars costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

PERCY P. COWANS and Others, Appellants, v. TICONDEROGA PULP AND PAPER COMPANY, Respondent.— Motion denied, with ten dollars costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

LOUIS DIONNE, Respondent, v. BENJAMIN FOUNTAIN, Appellant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

HARRY C. FEROE and Another, Respondents, v. B. H. BROOKS COMPANY and